IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BAPTIST HEALTH d/b/a/ BAPTIST MEMORIAL
MEDICAL CENTER - - NORTH LITTLE ROCK                                PLAINTIFF

v.                            4:04CV01463-WRW

TOMMY G. THOMPSON, in his official capacity
as Secretary, U.S. Department of Heath and Human
Services                                                             DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, it is Considered, Ordered and Adjudged that the claims of Plaintiff Baptist Health should be, and hereby are, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 9th day of November, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE